UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**HOSEY COLBERT, ET AL.**  CIVIL ACTION

**VERSUS**

**NO. 17-28-BAJ-EWD**

**CITY OF BATON ROUGE/PARISH
EAST BATON ROUGE, ET AL.**

### ORDER

The deadlines established below are based on the parties' submissions and are final **deadlines.** In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to file a motion for leave to amend the pleadings is **November 30, 2018.**[1]

2. Discovery must be completed as follows:

   a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): Complete

   b. **Filing** all discovery motions and **completing** all discovery except experts: **March 15, 2019**

   **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice. If a motion involves written discovery, the motion must also specifically state which requests are being objected to and the basis of each objection.

   c. Disclosure of identities and resumés of experts:

   **Plaintiff(s):**   **April 12, 2019**
   **Defendant(s):**   **May 22, 2019**

---

[1] Any proposed amended pleading shall be comprehensive and include all relevant allegations as revised, supplemented or amended such that it will become the operative pleading without reference to any other document in the record. Any amendment sought under Fed.R.Civ.P. 15(a)(2) requires leave of court whether or not the opposing party consents even if filed before this deadline, however the movant shall advise whether the opposing party consents. See LR 7(e).

JURY

      d.      Expert reports must be submitted to opposing parties as follows:

            **Plaintiff(s):**     **May 17, 2019**
            **Defendant(s):**    **June 19, 2019**

      e.      Discovery from experts must be completed by **August 2, 2019.**

3. Deadline to file dispositive motions and Daubert motions: **August 30, 2019**

4. Deadline to request settlement conference: **September 30, 2019**

5. Deadline to file pre-trial order: **December 20, 2019**[2]

6. Deadline to file motions in limine: **January 17, 2020.** Responses to motions in limine shall be filed within the time period provided by the local rules.

7. Deadline to file an affidavit of settlement efforts: **January 31, 2020**

8. Pre-trial conference date: **January 9, 2020 at 2:00 p.m.** in the chambers of the Honorable Brian A. Jackson.

9. Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs to the presiding judge: **February 21, 2020**

    **The information regarding the Honorable Brian A. Jackson's pretrial order may be found on the court's website at (http://www.lamd.uscourts.gov) under "Judges' Info."**

10. A **2-week jury trial** is scheduled for **8:30 a.m. beginning on March 9, 2020 in Courtroom 2.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the discovery

---

[2] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the court at (225) 389-3584 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on September 26, 2018.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**